# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Criminal Case No.  06-cr-00483-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     RANDOLPH CHRISTOPHER SALINAS, Senior,
         a/k/a Randy Salinas,

        Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     This will confirm that the sentencing hearing regarding Defendant Salinas is set **Wednesday, May 9, 2007 at 8:00 a.m.** in Courtroom A201, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado.  Defendant must be present.

Dated:  February 28, 2007
_____